Thomas D. Sands, Esquire (BAR No. 279020)
thomas@thesandslawgroup.com
205 S Broadway Ste 903,
Los Angeles, CA 90012
T: 213-788-4412

Attorney for Debtor
Maribel Rivera Soto

# UNITED STATES BANKRUTPCY COURT

## EASTERN DISTRICT OF CALIFORNIA-MODESTO

| | |
|---|---|
| MARIBEL RIVERA SOTO | Case No.: 19-91122-E-7 |
| | **NOTICE OF MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13; PROOF OF SERVICE** |
| | (CHAPTER 7) |
| | Date: September 10, 2020<br>Time: 10:30 am<br>Dept. Suite 200- Modesto |
| | JUDGE: Ronald H Sargis |

**NOTICE OF MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13**

PLEASE TAKE NOTICE that Debtor Maribel Rivera Soto through her counsel, The Sands Law Group, APLC is filing this Motion to Convert this Case from a Chapter 7 to a Chapter 13 ("Motion'). The Motion is being filed concurrently herein.

The Motion is is to be heard on September 10, 2020, at 10:30 a.m. in Suite 200 which is The Courtroom of the Honorable Ronald H. Sargis, located at 1200 I Street, Suite 200, Modesto, CA 9535 before the Honorable Judge Ronald H. Sargis.

The Motion is based on this Notice and the Motionthe papers on file in this case, and on arguments or evidence that may be presented at the time of the hearing.

**YOUR RIGHTS MAY BE AFFECTED. You should read this Notice carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9014-1(f)(1), any opposition to Motion must be in writing and you must, at least 14 days before the hearing, (i) serve a copy of it on the The Sands Law Group, APLC with an address of, 205 S Broadway,

1  Suite 903, Los Angeles, CA 90012, and on the Office of the US Trustee, 501 "I" Street, Suite 7-500, Sacramento, California 95814, and (ii) file it with the Court. You must include with your opposition adequate evidence to establish its factual allegations.

Without good cause, you will not be heard at oral argument if you fail to serve and file written opposition in a timely manner. Moreover, your failure to serve and file a timely written opposition may result in the Application being resolved without oral argument and the striking of untimely written opposition.

Further, pursuant to Local Rule 9014-1(f)(1)(B), your opposition shall specify whether you consent to the Court's resolution of disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(c) as made applicable by Federal Rule of Bankruptcy Procedure 9017. If you do not so consent, your opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(c).

You are urged to consult the Court's local rules, which are available on the Court's website: www.caeb.uscourts.qov. You can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling and can view pre-hearing dispositions by checking the Court's website after 4:00 P.M. th day before the hearing.

Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

DATED: August 5, 2020

　　　　　　　　　　　　　　　　　　　　　THE SANDS LAW GROUP, APLC

　　　　　　　　　　　　　　　　　　　　　*Thomas D Sands*
　　　　　　　　　　　　　　　　　　　　　THOMAS SANDS

---

NOTICE OF MOTION TO CONVERT CASE

## **PROOF OF SERVICE**

I, Thomas D Sands am a resident of Los Angeles California an have an business office address of 205 S Broadway, Suite 903, Los Angeles, CA 90012.

I am readily familiar with the practice of The Sands Law Group, APLC, for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business of Thomas D. Sands and The Sands Law Group, APLC, correspondence is deposited with the United States Postal Service on the same day as it is collected and processed.

On August 5, 2020, I served a copy of the NOTICE OF MOTION AND MOTION TO CONVERT CASE TO CHAPTER 13 by electronic mail by attaching a true and correct copy thereof in PDF Format, addressed as follows:

loris@bakkenlawfirm.com Attorney for Trustee

Jason.Blumberg@usdoj.gov OFFICE OF THE U. S. TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct.

EXECUTED on this August 5, 2020, at Los Angeles,, California.

*Thomas D Sands*
Thomas D. Sands

---

NOTICE OF MOTION TO CONVERT CASE